# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 | **DATE** | 6/10/2008 |
| **CASE TITLE** | | USA vs. Isaiah Hicks, et al. | |

**DOCKET ENTRY TEXT**

Enter order. Government's motion for a protective order [149] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED-ECF
2008 JUN 10 PM 2: 47
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|