UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 401 |
| | ) | |
| vs. | ) | Judge Martin C. Ashman |
| | ) | |
| ISAIAH HICKS, ET AL | ) | |

GOVERNMENT'S MOTION TO CHARGE USING DEFENDANT'S TRUE NAME

Now comes the United States of America and moves the court to authorize the use of the true name of defendant Shemika Mason hitherto known as defendant Tameka Grant, [defendant number 12] in Indictment Number 08 CR 401, and to direct the Clerk of the United States District Court to file this charging document and all subsequent matters in this proceeding under said defendant's true name.

FILED
AUG 2 1 2008
8-21-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully Submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
Assistant United States Attorney